[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 19, 2005
THOMAS K. KAHN
CLERK

_____

No. 03-12483
Non-Argument Calendar

_____

D. C. Docket No. 00-08161-CR-KLR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE BILLINGSLEA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 19, 2005)

ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

This case is before the Court for consideration in light of *United States v. Booker*, 543 U.S. ___, 125 S. Ct. 738 (2005). We previously affirmed Appellant's conviction for bank robbery, in violation of 18 U.S.C. § 2133(a), (d). *See United States v. Billingslea*, No. 03-12483 (11th Cir. May 5, 2004). The Supreme Court has vacated our prior decision and remanded the case to us for further consideration in light of its decision in *Booker*.

In his initial brief, Billingslea argued that: (1) the district court abused its discretion by empaneling an anonymous jury; (2) the district court abused its discretion by allowing a government witness to testify via satellite video transmission; (3) the district court plainly erred by admitting an unavailable declarant's photograph identification of Billingslea; and (4) there was insufficient evidence to sustain his conviction. Nowhere in his initial brief did Appellant raise a constitutional challenge to his sentence or assert any error based on *Apprendi v. New Jersey*, 530 U.S. 466, 120 S. Ct. 2348 (2000), or its progeny. Thus, Appellant's *Blakely/Booker* claim was not timely raised in this Court. As there is nothing in the Supreme Court remand suggesting that we treat this claim as timely, we deem Appellant's untimely *Blakely/Booker* claim abandoned. *See United States v. Dockery*, 401 F.3d 1261, 1262-63 (11th Cir. 2005) (citation omitted).

Accordingly, we reinstate our previous opinion in this case and affirm

2

Appellant's sentence.

OPINION REINSTATED; CONVICTION AND SENTENCE AFFIRMED.

TJOFLAT, Circuit Judge, specially concurring:

The court declines to consider appellant's <u>Booker</u> claim on the merits because appellant failed to present the claim in his initial brief on appeal. Binding precedent requires us to disregard the claim for that reason. <u>See</u> <u>United States v. Ardley</u>, 242 F.3d 989, *reh'g en banc denied*, 273 F.3d 991 (11th Cir. 2001), and its progeny, e.g., <u>United States v. Dockery</u>, 401 F.3d 466 (11th Cir. 2005), cited by the court. Ante at ___. I therefore concur in the court's judgment. Were we writing on a clean slate, I would, for the reasons I have previously expressed, entertain appellant's <u>Booker</u> claim on the merits. <u>See</u> <u>United States v. Higdon</u>, 2005 U.S.App. LEXIS, at *17 (11th Cir. July 8, 2005).